**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **JASKARAN,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**ELIZABETH CONTRACT DETENTION FACILITY, et al.,**<br><br>**Respondents.** | **Civil Action No. 26-9015 (SDW)**<br><br>**ORDER** |

This matter comes before this Court on Petitioner Jaskaran's petition for writ of habeas corpus under 28 U.S.C. § 2241 ("Petition") (ECF No. 1), and Respondents' answer in opposition (ECF No. 4). For the reasons set forth in the accompanying Opinion filed herewith,

**IT IS** on this 5th day of August, 2026

**ORDERED** that the Petition at ECF No. 1 is **DISMISSED AS MOOT IN PART** and **DENIED IN PART**; and it is finally

**ORDERED** that the Clerk shall **CLOSE** this case.

Hon. Susan D. Wigenton,
United States District Judge